■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESUS RAMOS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated November 9, 1966, which denied the application without a hearing. Order affirmed. In our view, defendant was not entitled to a hearing on his claim that he was denied a fair trial because he did not fully understand English and did not have the services of an official interpreter who could sit by his side and translate the entire proceedings. There is presently no legal requirement that an interpreter must sit with a defendant who is unfamiliar with the English language and consult with him throughout the entire trial. With respect to defendant's other claims, insofar as they may be gleaned from his moving papers, we state simply that he has failed to set forth any facts in support of his conclusory allegations. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE RICHARDSON, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated March 25, 1968, which dismissed the writ. Judgment affirmed, without costs. The basis of relator's claim was his assertion that at the trial which resulted in his conviction and incarceration the People violated his fundamental constitutional rights by the introduction of testimony concerning his prior convictions. On this habeas corpus proceeding the Special Term which did not have the minutes of the criminal case trial before it, held that, in view of the fact that full appellate review of the conviction had been had (see *People* v. *Richardson*, 23 A D 2d 536, affd. 16 N Y 2d 897, cert. den. 384 U. S. 1020), it should not disturb the conviction. Our examination of the trial minutes failed to reveal any basis for relator's claim. Accordingly, the dismissal of the writ was proper (*People ex rel. Keitt* v. *McMann*, 18 N Y 2d 257). Christ, Acting P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.